**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AMAZON.COM, INC.<br>_____<br><br>AMAZON.COM, INC.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE,<br><br>Respondent,<br><br>ELIZABETH DE COSTER; et al.,<br><br>Real Parties in Interest. | No. 25-3099<br><br>D.C. Nos.<br>2:21-cv-00693-JHC<br>2:20-cv-00424-JHC<br>2:22-cv-00965-JHC<br>Western District of Washington, Seattle<br><br>ORDER |

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

Real parties in interest must file an answer to this petition for a writ of mandamus within 14 days. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioner may file a reply within 7 days after service of the answer(s).

The clerk will send a copy of this order to the district court and Judge John H. Chun.