UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AMAZON.COM, INC. _____ AMAZON.COM, INC., Petitioner, v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, Respondent, ELIZABETH DE COSTER; et al., Real Parties in Interest. | No. 25-3099 D.C. Nos. 2:21-CV-00693-JHC 2:20-cv-00424-JHC 2:22-cv-00965-JHC Western District of Washington, Seattle ORDER |

Before: S.R. THOMAS, SANCHEZ, and JOHNSTONE, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All pending motions are denied as moot.

**DENIED.**